# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREESE COPPER,** | : | CIVIL ACTION |
| *Petitioner*, | : | |
| v. | : | No. 18-cv-4577 |
| **SUPERINTENDENT OF SCI-GREEN, <u>ET</u> <u>AL.</u>,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW,** this 24th day of April, 2019, upon consideration of the Petition for Writ of Habeas Corpus, the responses thereto, and the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, dated April 2, 2019 (ECF No. 13), and noting that Petitioner has not filed objections to the Report and Recommendation, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**

1